# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA**, | : | **CRIMINAL NO 1:07-CR-064** |
| | : | |
| **Respondent** | : | **(Chief Judge Conner)** |
| | : | |
| v. | : | |
| | : | |
| **RAFAEL DOMINGUEZ**, | : | |
| | : | |
| **Defendant/Petitioner** | : | |

## ORDER

AND NOW, this 25th day of April, 2014, upon consideration of petitioner Rafael Dominguez's motion to vacate, set aside, or correct a sentence under 28 U.S.C. § 2255 (Doc. 410), and for the reasons discussed in the accompanying memorandum, it is hereby ORDERED that:

1. The motion (Doc. 410) is DENIED.

2. A certificate of appealability is DENIED.  See RULES GOVERNING SECTION 2255 CASES 11(a).

        /S/ CHRISTOPHER C. CONNER
        Christopher C. Conner, Chief Judge
        United States District Court
        Middle District of Pennsylvania